# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Clarence Madison,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Equity Experts.Org, LLC.<br><br>　　　　　Defendant. | Case No.: 2:17-cv-10085-GCS-SDD<br><br>Honorable George Caram Steeh<br><br>Magistrate Judge David R. Grand |

## NOTICE OF SETTLEMENT WITH DEFENDANT EQUITY EXPERTS. ORG, LLC

Plaintiff and Defendant, Equity Experts.Org, LLC., have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal as to Equity Experts.Org, LLC., with prejudice, no later than September 31, 2020.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: */s/ Gary D. Nitzkin*
　　　　　　　　　　　　　　　　　　GARY D. NITZKIN P41155
　　　　　　　　　　　　　　　　　　CARL SCHWARTZ P70335
　　　　　　　　　　　　　　　　　　MARK LAHTI P36656
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　22142 West Nine Mile Road
　　　　　　　　　　　　　　　　　　Southfield, MI 48033
　　　　　　　　　　　　　　　　　　(248) 353-2882
　　　　　　　　　　　　　　　　　　Email – gary@crlam.com

August 4, 2020

## **PROOF OF SERVICE**

  I, Gary D. Nitzkin, hereby state that on August 4, 2020 I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

              */s/ Gary D. Nitzkin*