# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Clarence Madison,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>EquityExperts.Org, LLC.<br><br>　　　　　Defendant. | Case No.: 2:17-cv-10085-GCS-SDD<br><br>Honorable George Caram Steeh<br><br>Magistrate Judge David R. Grand |

## STIPULATION OF DISMISSAL
## AS TO DEFENDANT EQUITYEXPERTS.ORG, LLC, WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS

The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against EquityExperts.org, LLC, with prejudice and without attorneys' fees or costs to either party.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

October 30, 2020

　　　　　　　　　　　　　　　　　　/s/ Gary Nitzkin
　　　　　　　　　　　　　　　　　　GARY D. NITZKIN (P41155)
　　　　　　　　　　　　　　　　　　CARL SCHWARTZ (P70335)
　　　　　　　　　　　　　　　　　　GARY HANSZ (P44956)
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　22142 West Nine Mile Road
　　　　　　　　　　　　　　　　　　Southfield, MI 48033
　　　　　　　　　　　　　　　　　　(248) 353-2882
　　　　　　　　　　　　　　　　　　Email – gary@crlam.com

/s/ Katrina M. DeMarte
Katrina M. DeMarte, Esq.
DeMarte Law PLLC
39555 Orchard Hill Place
Ste 600/PMB 6338
Novi, MI 48375
Telephone: (313) 509-7047
Email: Katrina@demartelaw.com
*Attorney for Defendant,
EquityExperts.org, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2020, I electronically filed a copy of the foregoing paper and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/ Gary Nitzkin

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Clarence Madison,

        Plaintiff,

vs.

EquityExperts.Org, LLC.

        Defendant.

Case No.: 2:17-cv-10085-GCS-SDD

Honorable George Caram Steeh

Magistrate Judge David R. Grand

## ORDER OF DISMISSAL
## WITH PREJUDICE AS TO DEFENDANT EQUITYEXPERTS.ORG, LLC

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against EquityExperts.org, LLC, are hereby dismissed with prejudice and without fees or costs to either party. The Clerk of the Court shall terminate EquityExperts.org, LLC as a party in this action and remove its attorneys of record from receiving ECF Notifications.

Dated:  November 2, 2020

    s/George Caram Steeh
    GEORGE CARAM STEEH
    United States District Judge